UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNADINE WILLIAMS §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>DELTA ZETA SORORITY, §<br>DELTA ZETA NATIONAL HOUSING §<br>CORPORATION, SIGMA CHAPTER OF §<br>DELTA ZETA SORORITY, SUZETTE SAYS, §<br>COLLEGE FRESH, INC., INDIVIDUALLY, §<br>JOINTLY, AND IN SOLIDO §<br>§<br>*Defendant*, § | CIVIL ACTION NO. |

*******************************************************************************

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Bernadine Williams, a resident of the Parish of East Baton Rouge, State of Louisiana, complaining against the Defendants, who alleges as follows:

### JURISDICTION

1.

This is a civil action seeking damages against the Defendants, Delta Zeta Sorority, Delta Zeta National Housing Corporation, Sigma Chapter of Delta Zeta Sorority at Louisiana State University, Suzette Says, and College Fresh, Inc., for committing acts under color of law, which deprived the Plaintiff, Bernadine Williams, of her civil rights as guaranteed by the Constitution and laws of the United States of America and thus Defendants violated Title VII of the Civil Rights Act of 1964, and Section 703(a)(1) of Title VII, 42 U.S.C. § 2000(e)-2(a)(1)42 U.S.C. § 1983, by discriminating and creating a hostile work environment against Bernadine Willaims, on the basis of her race and national origin, through employment discrimination.

**VENUE**

2.

The unlawful actions about which Plaintiff complains occurred within the Middle District of Louisiana, in the Parish of East Baton Rouge. Pursuant to 28 U.S.C. 1391, this Court is a proper venue for this action.

**THE PARTIES**

**Plaintiff**

3.

At all times relevant hereto, Plaintiff, **Bernadine Williams**, "Williams", is a person of full age and majority, resident of East Baton Rouge Parish, citizen of the United States of America and domiciled in the Middle District of Louisiana, who formerly worked for the Defendant, College Fresh Inc., at, among other places, the Sigma Chapter house of Delta Zeta Sorority, located on Louisiana State University's campus.

**Defendants**

4.

At all times relevant hereto, Defendant, **Delta Zeta Sorority, ("Delta Zeta"),** is an entity, with its principal offices located in Butler County, State of Ohio with business offices located at 202 E. Church Street, Oxford, Ohio 45056.

5.

At all times relevant hereto, Defendant, **Delta Zeta Sorority National Housing Corporation,** is an entity, with its principal offices located in Butler County, State of Ohio with business offices located at 202 E. Church Street, Oxford, Ohio 45056.

6.

At all times relevant hereto, Defendant, **Sigma Chapter of Delta Zeta Sorority, ("Sigma Chapter"),** is an entity, with its principal offices located at 4060 W Lakeshore Drive, Baton Rouge Louisiana 70803.

7.

At all times relevant hereto, Defendant, **College Fresh, Inc., ("College Fresh"),** is a non-Louisiana business corporation that is incorporated in the State of Illinois and is registered to do business in Louisiana, with its principal business office in Champaign, Illinois.

8.

At all times relevant hereto, Defendant, **Suzette Says**, ("Says"), is a person of the full age of majority who resides within the Middle District of Louisiana and was at all relevant times employed by the Delta Zeta Sorority and/or the Delta Zeta Sorority National Housing Corporation. She is sued in both her individual and official capacities.

**FACTS**

9.

The Plaintiff, Bernadine Williams, at all times relevant to these claims, is a female of African-American decent, who has twenty-six, (26), years of food service experience with fifteen, (15), years experience as an Executive Chef, received her Serv/Safe Certification (December 2020 - December 2025), is Certified as a Dietician Manager, and has received her Louisiana State Certification as a Qualified Chef.

10.

August 17, 2020 Williams began working for College Fresh, on Louisiana State University's, ("LSU"), campus, at the Alpha Phi Fraternity House, as a Round Chef.

11.

August 28, 2020, College Fresh moved Williams to the Delta Zeta Sorority House on LSU's campus, ("Delta Zeta Sorority House"), as the House Chef. It must be noted that Williams replaced Christina, who is Caucasian and was the former House Chef at Delta Zeta Sorority House.

12.

At this this time the Food Coordinator for Delta Zeta Sorority House was Debbie, who is Caucasian. Debbie was responsible for providing Williams with recipes to cook for the Sorority Sisters of Delta Zeta Sorority House. Debbie also approved and denied menu planning to Williams.

13.

During this time Williams received positive reviews and ratings in regards to the food she cooked for the Sorority Sisters of Delta Zeta Sorority House.

14.

However, in October 2021, Suzette Says, who is Caucasian, replaced Debbie as the Food Coordinator for Delta Zeta Sorority House.

15.

During the month of October 2021 Says had her first meeting with Williams. At said meeting Says questioned Williams Chef skills and qualifications and Says stated that she did not agree with certain food items that Williams cooked.

16.

At this same meeting Says repeatedly told Williams that Says was a Registered Dietician. Says also asked Williams why Williams cooked certain food items, indicating that Says disagreed with said items Williams cooked. When Williams responded by saying that Williams was using Debbie's recipes, Says stated that "Debbie is no longer here and I ["Says"] am in charge." Says also told Williams that Says would like to see Williams prepare and cook different dishes that were not currently on the menu.

17.

Williams then asked Says to give Williams recipes or ideas of what food items Says preferred, to which Says responded by saying that Says was a registered dietician and that Says had more important things to do like focusing on planning her son's wedding.

18.

After this first meeting Says would not meet with Williams and would walk past Williams without speaking, but several minutes later would have another person inform Williams of Says instructions for the food items Williams was to cook. Says also refused to refer to Williams by Williams' name.

19.

November 2021, on a Monday, was Chapter Night at the Delta Zeta Sorority House. Hundreds of Delta Zeta Sorority Sisters were present. At this event, Says made the comment, in front of Williams and several Delta Zeta Sorority Sisters, that "I would prefer if we had a White Chef."

20.

After this event, in November 2021, Williams filed a grievance with the President of Delta Zeta, Michelle Sorrells, to no avail.

21.

Once Says found out that Williams had filed said grievance, Says retaliated against Williams by attempting to drastically increasing Williams' work load, with the intent of detrimentally affecting Williams in a negative way.

22.

Furthermore, when Williams informed College Fresh of said grievance, College Fresh told Williams that College Fresh was unable to help Williams.

23.

Later Says called College Fresh and said Says did not want Williams as House Chef of Delta Zeta House because "working with [Williams] is like walking on egg shells."

24.

Says negative behavior created a hostile work environment for Williams that made Williams so distraught that, from January 19, 2022 forward, Williams filed three (3) separate incident reports, (i.e., grievances), with College Fresh, to which College Fresh replied that they would take care of the matters of which Williams reported.

25.

February 23, 2022 College Fresh emailed Williams. Said email stated, in part, that:

\*   \*   \*

> In accordance with our investigation's procedures, we have interviewed all employees involved and our investigation is now complete. Although privacy considerations limit our ability to share confidential information with you about other employees and clients, I can tell you that the appropriate action has been taken to ensure that such conduct does not repeat itself.

\*   \*   \*

26.

It must be noted that College Fresh, per said email to Williams, violated Number 2.3 of the College Fresh Employee Manual, titled "Harassment", which states, in part that "[College Fresh] **will communicate our findings to the affected parties** at the conclusion of the investigation." (**Emphasis Added**)

27.

On December 28, 2021 Williams was informed by College Fresh that Williams would no longer be working at the Delta Zeta Sorority House and would no longer be a House Chef, but was being demoted back to a Round Chef, which was a serious reduction in hours worked and pay.

28.

At all times relevant hereto Delta Zeta and/or Delta Zeta Sorority National Housing Corporation and/or Sigma Chapter of Delta Zeta Sorority was/were the employer(s) of Says and therefore vicariously liable for Says's said actions, as their employee, under the State of Louisiana theory of *respondeat superior*, over which claims this Court has supplemental jurisdiction.

29.

As described above, Defendants knew or should have known about Says's racially discriminatory harassment of Williams but refused to take any corrective action whatsoever, to stop Says from continuing said harassment, to Williams' detriment.

30.

Defendants constructively discharged Williams by creating and maintaining a hostile work environment on the basis of race in violation of Title VII of the Civil Rights Act of 1964, and Section 703(a)(1) of Title VII, 42 U.S.C. § 2000(e)-2(a)(1)42 U.S.C. § 1983, to the point where working conditions became so intolerable that Williams was forced to file a grievance with Delta Zeta and later College Fresh, to no avail and to Williams' detriment.

31.

Defendants created and maintained a hostile work environment on the basis of race in violation of Title VII of the Civil Rights Act of 1964, and Section 703(a)(1) of Title VII, 42 U.S.C. § 2000(e)-2(a)(1)42 U.S.C. § 1983, by not stopping Says racially discriminatory harassment of Williams, removing Williams as Head Chef at the Delta Zeta Sorority House, and thereafter reassigning and demoting Williams to the position of Round Chef, at a lower salary and amount of hours worked.

**DAMAGES**

32.

As a direct result of Defendants' unlawful actions, Williams has suffered non-economic harm in the form of emotional distress, pain, humiliation and embarrassment. Additionally, as a direct result of Defendants' unlawful actions, Plaintiff has suffered economic harm in the form of lost wages and benefits and has sustained other pecuniary losses.

33.

Furthermore, Williams, as a result of Defendants' actions, has suffered damage to her professional career and professional reputation, as well as to her personal reputation.

34.

Moreover, Defendants actions violated Title VII of the Civil Rights Act of 1964, and Section 703(a)(1) of Title VII, 42 U.S.C. § 2000(e)-2(a)(1)42 U.S.C. § 1983, by discriminating and creating a hostile work environment against Williams, on the basis of her race and national origin, through employment discrimination as described above.

## RELIEF REQUESTED

WHEREFORE, Plaintiff, Bernadine Williams, prays that this Court cause service to be issued upon Defendants and further prays that upon a hearing on this Cause, this Court:

a) Award Plaintiff back pay, lost benefits, and other pecuniary losses proximately caused by Defendants' unlawful conduct;

b) Award Plaintiff compensatory damages against Defendants in an amount to be determined by this Court;

c) Award Plaintiff punitive damages against Defendants in an amount to be determined by this Court;

d) Award Plaintiff all costs, disbursements, pre-judgment interest, post-judgment interest, expert witness fees and reasonable attorneys' fees allowed under actions brought pursuant to violated violated Title VII of the Civil Rights Act of 1964, and Section 703(a)(1) of Title VII, 42 U.S.C. § 2000(e)-2(a)(1)42 U.S.C. § 1983, by discriminating and creating a hostile work environment against Bernadine Willaims, on the basis of her race and national origin, through employment discrimination.

e) Such further relief as is deemed just and proper.

RESPECTFULLY SUBMITTED BY:

s/ Jim Holt
Jim Holt
Louisiana State Bar Roll No.: 08416
472 0 North Boulevard
B ton Rouge, Louisiana 70806
Telephone: (225) 272-1400
Facsimile: (225) 272-0366
E-mail: holtlawfirm@yahoo.com
*Attorney for Plaintiff Bernadine Williams*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNADINE WILLIAMS<br><br>*Plaintiff,*<br><br>v.<br><br>DELTA ZETA SORORITY,<br>DELTA ZETA NATIONAL HOUSING<br>CORPORATION, SIGMA CHAPTER OF<br>DELTA ZETA SORORITY, SUZETTE SAYS,<br>COLLEGE FRESH, INC., INDIVIDUALLY,<br>JOINTLY, AND IN SOLIDO<br><br>*Defendant,* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

*******************************************************************************

VERIFICATION

I, Bernadine Williams, do hereby verify and affirm that I have read the allegations in the foregoing Complaint and that they are true and correct to the best of my personal knowledge, information and belief.

_____
Bernadine Williams